**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

February 5, 2021

Honorable J. Paul Oetken, USDJ
United States Courthouse
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Adonis Rodriguez*
        18 Cr. 669 (JPO)

Dear Hon. Judge Oetken:

    I an counsel for Mr. Rodriguez. Sentencing is presently scheduled for February 24, 2021 at 11 AM. Because of the pandemic, there have been delays in obtaining records and conferring with Mr. Rodriguez. I respectfully request that sentencing be postponed until the first or second week of April 2021. This is the first request for an adjournment for sentencing. The government has no objection to this request.

    Thank your for your Honor's consideration of this matter.

> Granted.
> The February 24, 2021 sentencing is hereby adjourned to April 9, 2021, at 2:30 p.m.
>   So ordered: 2/8/2021

Sincerely,

/s/

Sam A. Schmidt

J. PAUL OETKEN
United States District Judge