**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

March 24, 2021

Honorable J. Paul Oetken, USDJ
United States Courthouse
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Adonis Rodriguez*
       18 Cr. 669 (JPO)

Dear Hon. Judge Oetken:

    I an counsel for Mr. Rodriguez. Sentencing is presently scheduled for April 9, 2021 at 2:30 PM. Some issues have arisen that require additional discussions with my client and his family. Because of the pandemic, it has been very difficult to schedule conversations with Mr. Rodriguez. I respectfully request that sentencing be continued until late May, 2021. This is the second request for an adjournment for sentencing. The government has no objection to this request.

    Thank your for your Honor's consideration of this matter.

> The April 9, 2021 sentencing is hereby adjourned to May 26, 2021, at 2:30 pm. If the parties are not prepared to proceed with sentencing at that time, the sentencing hearing will be converted into a status conference.
>  So ordered.
>  3/25/2021

Sincerely,
/s/
Sam A. Schmidt

_____
J. PAUL OETKEN
United States District Judge